**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jose Adan Sanchez Rodriguez,

      Petitioner

v.

Todd Blanche, et al.,

      Respondents

Case No.: 2:26-cv-01816-JAD-BNW

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 16]

      Petitioner Jose Adan Sanchez Rodriguez filed a pro se petition for a writ of habeas corpus in June 2026.[1] I appointed counsel and ordered Rodriguez to file a counseled amended petition.[2] Rodriguez now moves to dismiss his case because he was removed to Honduras on July 8, 2026.[3] Because Rodriguez's removal renders moot the claims in his petition, I grant his motion and close this case.

      IT IS THEREFORE ORDERED that Jose Adan Sanchez Rodriguez's motion to dismiss **[ECF No. 16] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 29, 2026

---

[1] ECF No. 1-1.

[2] ECF No. 3.

[3] ECF No. 16; *see also* ECF No. 14 (respondents' status report confirming removal).